ACCEPTED
12-14-000263-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/16/2015 4:11:53 PM
CATHY LUSK
CLERK

## NO. 12-14-00263-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | FILED IN<br>12th COURT OF APPEALS<br>TYLER, TEXAS |
| | § | | |
| **VS.** | § | **12th COURT** | 4/16/2015 4:11:53 PM |
| | § | | CATHY S. LUSK<br>Clerk |
| **JEFFREY ARLEN QUINN** | § | **OF APPEALS** | |

## SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes JEFFREY ARLEN QUINN, Appellant by and through his attorney of record, JOHN L. YOUNGBLOOD, in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 3rd Judicial District Court of Henderson County, Texas.

2.      The case below was styled the STATE OF TEXAS vs. JEFFREY ARLEN QUINN, and numbered C-20,818.

3.      Appellant was convicted of Evading Arrest with a Motor Vehicle.

4.      Appellant was assessed a sentence of 17 years confinement in Texas Department of Criminal Justice - Institutional Division on June 19, 2014.

5.      Notice of appeal was given on September 8, 2014.

6. The clerk's record was filed on October 17, 2014; the reporter's record was filed on February 17, 2015.

7. The appellate brief was first due on March 19, 2015. Counsel respectfully requested this Court to grant an extension at that time. This Court granted said request and Ordered that Appellant's Brief be filed on April 17, 2015.

8. Appellant requests a second extension of time of 30 days from this immediate date for reasons as set forth herein.

9. This Court has granted one previous extension to file the brief.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Counsel has been appointed on two criminal cases in the past 30 days involving indicted, habitual offenders in (a) The State of Texas vs. Jeffery Wheeler, Cause No. CR15-0038-392, pending in the 392nd Judicial District Court, and (b) The State of Texas vs. Billy Ray Minchew, Cause No. CR15-0008-392, pending in the 392nd Judicial District Court. Both of these cases have involved significant factual and legal investigation involving defendants facing a range of punishment no less than 25 years and no more than life in prison.

Counsel was also appointed to represent an inmate on an out of time appeal granted by the Court of Criminal Appeals in a case styled The State of Texas vs.

Lester Rainwater, Cause No. C-14,699, pending in the 3rd Judicial District Court, Henderson County, Texas. The mandate was issued by the Court of Criminal Appeals on March 9, 2015 and Defendant is serving a life sentence.

Counsel has also been involved in a Motion to Suppress in a capital murder case styled The State of Texas vs. Raheem Mark Miller, Cause Number B-21,539, in the 392nd Judicial District Court. Such hearing was concluded today, April 16, 2015 and involved substantial factual and legal investigation in order to properly prepare.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Second Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

JOHN L. YOUNGBLOOD
130 East Corsicana Street
Suite 300
Athens, Texas 75751
Tel: (903) 675-5188
Fax: (903) 677-3902

By: /s/ John L. Youngblood
    JOHN L. YOUNGBLOOD
    State Bar No. 24003222
    John@johnlyoungbloodlaw.com
    Attorney for JEFFREY ARLEN QUINN

## CERTIFICATE OF SERVICE

This is to certify that on April 16, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Henderson County, 109 West Corsicana Street, Suite 103, Athens, Texas 75751, by electronic service through the Electronic Filing Manager.

\_\_/s/\_\_John L. Youngblood_____
JOHN L. YOUNGBLOOD

| STATE OF TEXAS | § |
| | § |
| COUNTY OF HENDERSON | § |

# AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared JOHN L. YOUNGBLOOD, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Second Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

        /s/ John L. Youngblood
        JOHN L. YOUNGBLOOD
        Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on April 16, 2015, to certify which witness my hand and seal of office.

        /s/ Terri Crawford
        Notary Public, State of Texas